IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| RANDY BAUMBERGER, DON EKMAN and BRUCE GIESBRECHT, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Case No. 05-1108-PK  (Lead Case) |
| vs. | ) ) | ORDER |
| HOLLYWOOD ENTERTAINMENT CORPORATION, | ) ) ) ) | |
| Defendant. | ) ) | |
| MARK PERKINS, | ) ) ) | Civil Case No. 05-1452-PK |
| Plaintiff, | ) ) | *(Consolidated)* |
| vs. | ) ) | |
| HOLLYWOOD ENTERTAINMENT CORPORATION, MOVIE GALLERY, INC., and JOE THOMAS MALUGEN, | ) ) ) ) | |
| Defendants. | ) ) | |

Page 1 - ORDER

Chrys A. Martin
Katherine S. Somervell
Bullivant Houser Bailey P.C.
300 Pioneer Tower
888 S.W. Fifth Avenue
Portland, Oregon  97204-2089

       Attorneys for Plaintiffs

David P.R. Symes
Christopher L. Garrett
Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon  97209-4128

Jeffrey M. Grantham
Maynard, Cooper & Gale, PC
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203

Alyssa Eve Thirsk Tormala
Miller Nash LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon  97204

       Attorneys for Defendants

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on October 17, 2006.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  Plaintiffs have filed objections to the Findings and Recommendation and the defendants have filed a response.

When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the

Page 2 - ORDER

Magistrate's report.  See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issue raised in plaintiff's objections to the Findings and Recommendation, I find no error.

Accordingly, I ADOPT Judge Papak's Findings and Recommendation (#89).  Plaintiffs' Motion for Summary Judgment (#18) is DENIED.  Defendants' Motion to Dismiss State Law Claims and Strike Perkins' Demands for Punitive Damages and Jury Trial (#74) is GRANTED.  Defendants' Motion for Summary Judgment (#76) is GRANTED as to Perkins' claim for violation of state wage law and is DENIED as moot as to Perkins' claim for tortious interference with economic relations.

Dated this    30th    day of November, 2006.


    /s/ Garr M. King
Garr M. King
United States District Judge